# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 7, 2016

## NO. 03-15-00440-CV

**Raymond Cox, Jr.; Tamesa Cox; and/or All Occupants of 2208 Bellmont, Temple, TX 76504, Appellants**

**v.**

**GMAC Mortgage, LLC; its successors and/or assigns, Appellees**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on April 17, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.